UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAPATIO FOODS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>HUSSAIN MOHAMED ALFARH, an individual, SMOKERS PARADISE & MORE INC., a California Corporation, SULAIMAN WALEED RODRIGUEZ, an individual, PAUL ANTHONY SALCIDO, an individual, and NATURAL MEDICINALS, INC., a California Corporation,<br><br>Defendants. | No. 1:19-cv-000335-DAD-SKO<br><br>**ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANTS PAUL ANTHONY SALCIDO AND NATURAL MEDICINALS, INC.**<br><br>(Doc. 13) |

On June 26, 2019, Plaintiff filed a "Notice of Voluntary Dismissal Without Prejudice" dismissing only the claims against Defendants Paul Anthony Salcido and Natural Medicinals, Inc. (Doc. 13.)

In relevant part, Rule 41(a)(1)(A) provides:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Plaintiff filed this notice before either Defendant Paul Anthony Salcido or Defendant Natural Medicinals, Inc. served an answer or a motion for summary judgment. Thus, pursuant to Rule 41(a)(1)(A)(i), Plaintiff has voluntarily dismissed this matter, without prejudice, as to Defendants Paul Anthony Salcido and Natural Medicinals, Inc. Accordingly, the Clerk of Court is directed to TERMINATE Defendants Paul Anthony Salcido and Natural Medicinals, Inc.

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining defendants.

IT IS SO ORDERED.

Dated: **June 26, 2019**　　　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE