UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAPATIO FOODS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SULAIMAN WALEED RODRIGUEZ,<br><br>Defendant. | No. 1:19-cv-00335-DAD-SKO<br><br>ORDER REFERRING MOTION TO THE ASSIGNED MAGISTRATE JUDGE<br><br>(Doc. No. 16) |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), plaintiff's motion for default judgment and motion for a permanent injunction (Doc. No. 16) is hereby referred to United States Magistrate Judge Sheila K. Oberto for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C). Accordingly, the hearing on the motions set for September 17, 2019 at 9:30 a.m. in Courtroom 5 before the undersigned is hereby vacated, to be reset if deemed appropriate by Magistrate Judge Oberto.

IT IS SO ORDERED.

Dated: **September 6, 2019**

_____
UNITED STATES DISTRICT JUDGE